# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 26, 2010

No. 09-50908
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ADOLFO GUEDEA,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas
No. 1:09-CR-219-2

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Adolfo Guedea appeals the sentence imposed following his guilty plea conviction of possession of methamphetamine with intent to distribute and aiding

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and abetting.  Finding no error, we affirm.

Guedea argues that the district court erred by enhancing his sentence for possession of a dangerous weapon under U.S.S.G. § 2D1.1(b)(1).  The record shows that Guedea sold and delivered drugs for his brother, Luis Guedea Veloz, and collected money owed to Veloz for drugs.  Guedea was involved in an extensive drug conspiracy that involved large quantities of drugs and money.  Numerous weapons were found at locations where the drug activities had taken place.  Ammunition was found at a location where Guedea had sold drugs and collected drug money owed to Veloz.

In light of these facts, the district court did not clearly err in finding that Veloz's possession of a dangerous weapon was reasonably foreseeable to Guedea. *See United States v. Cisneros-Gutierrez*, 517 F.3d 751, 765-66 (5th Cir. 2008). Consequently, the judgment is AFFIRMED.